**Profit & Loss Statement**

<strong>Personal/Business Information</strong>

Name: MARK RICE

Business Name: M & S TRANSPORT
Business Address: 8700 E US 67 ALVARADO TX 76009
Business Telephone: 817-770-1935

To use this template, select File>Make a Copy then either save to your Google Drive or your hard drive. Once you are ready to submit it, you can either:
- Export as a PDF file and email it to prefiling@leinartlaw.com or upload with your other documents
- Save in your Google Drive and share it with prefiling@leinartlaw.com
- Print it and scan and email it to prefiling@leinartlaw.com

*EXAMPLE* — *MONTH: Past 6 months wil auto fil from today - overwrite if needed*

| | December 2021 | Jan-23 | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| **Gross Sales (All money you take in from business)** | $75,000.00 | 110,705 | $113,024.00 | $112,892.00 | $109,831.00 | $88,910.00 | $101,347.00 | $87,335.00 |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Cost of Goods/Materials | $10,000.00 | | | | | | | |
| Advertising | 2,000.00 | 1289 | $1,304.00 | $131.35 | $174.00 | | | |
| Payroll (excluding Salary paid to owner) | 12,000.00 | 34,431 | $7,826.00 | $6,692.00 | $16,183.00 | $15,342.00 | $14,058.00 | $17,888.00 |
| Payroll Taxes and Benefits (2290 TAXES ) | 1,800.00 | 2567 | $0.00 | $0.00 | | | | |
| Professional Fees, Dues and Licenses | 750 | 249 | $1,592.00 | $2,664.00 | $1,205.00 | $1,739.00 | $150.00 | $869.00 |
| Office Supplies and Maintenance | 1,000.00 | 651 | $0.00 | $90.00 | $1,277.00 | $299.00 | | |
| Automobile Payments and/or Insurance (business related) | - | 15867 | $13,133.00 | $15,867.00 | $24,284.00 | $31,562.00 | $130,843.00 | $10,823.00 |
| Automobile Fuel (business related) | - | 52,483 | $30,279.00 | $21,914.00 | $21,824.00 | $12,306.00 | $5,749.00 | $16,391.00 |
| Automobile Maintenance (business related) | - | 6257 | $11,317.00 | $5,443.00 | $8,799.00 | $2,916.00 | $0.00 | $88.00 |
| Postage | 250 | 0 | $108.00 | | | | | |
| Rent (business only, not where you live) | 7,800.00 | 4235 | $4,235.00 | $4,235.00 | $4,235.00 | $4,235.00 | $4,235.00 | $4,235.00 |
| Utilities (Phone, Electricity, Water-business only, not where you | 2,000.00 | 1482 | $1,004.00 | $1,030.00 | $929.00 | $1,007.00 | $230.00 | |
| CONTRACT LABOR - OUTSIDE SOURCE | | 2175 | $1,575.00 | $1,125.00 | $700.00 | $125.00 | | |
| TRUCK INSURANCE | | 0 | | | | | | |
| SMALL TOOLS | | 1194 | $1,708.00 | $900.00 | | $1,686.00 | $1,200.00 | $600.00 |
| MISC | 1,500.00 | | $0.00 | | | | $0.00 | |
| **Sum of All Business Expenses (Sum of B-Q)** | **$39,100.00** | **122,880** | **$74,081.00** | **$60,091.35** | **$79,610.00** | **$71,217.00** | **$156,465.00** | **$50,894.00** |
| | | | | | | | | |
| **Monthly Profit/Loss (A-S)** | **$35,900.00** | **-12,175** | **$38,943.00** | **$52,800.65** | **$30,221.00** | **$17,693.00** | **-$55,118.00** | **$36,441.00** |
| | | | | | | | | |
| Any payments made to owners (salary or other compensa | $12,000.00 | | | | | | | |
| **Monthly Profit/Loss not incl. owner compensation** | **$47,900.00** | **-$12,175.00** | **$38,943.00** | **$52,800.65** | **$30,221.00** | **$17,693.00** | **-$55,118.00** | **$36,441.00** |