**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Rice, Mark Edward**                                             CASE NO 23-42473-ELM-13

                                                                        CHAPTER **13**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____09/07/2023_____      Signature _____/s/ Mark Edward Rice_____
                                                                Mark Edward Rice, Debtor

American First Finance
Attn: Bankruptcy
PO Box 565848
Dallas, TX 75356

Beacon Funding
3400 Dundee Rd Ste 180
Northbrook, IL 60062-2367

Capital One Auto Finance
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Chime/Stride Bank
Attn: Bankruptcy
PO Box 417
San Francisco, CA 94104-0417

Honest Funding LLC
447 Broadway 2nd Floor #1197
New York, NY 10013

Kautz Property Mgmt.
4107 S. Bowen Rd.
Arlington, TX 76015

Mansfield Methodist Hospital
PO Box 911875
Dallas, TX 75391-1875

Rainbow Advance
667 NE105th St.
Miami, FL 33138

Samson MCA LLC
90 State Street Ste. 700
Albany, NY 12207

Teal Assets LLC
4319 N. Main St.
Joshua, TX 76058

United Cooperative Services
2601 S. Burleson Blvd.
Burleson, TX 76028

United Quest Financi
PO Box 370814
Miami, FL 33137

University Medical Center
Lubbock
602 Indiana Ave.
Lubbock, TX 79415