

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 09/11/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Progressive Insurance
PO Box 94739, Cleveland, OH 44101

**CONTACT NAME:** Progressive Commercial Lines Customer and Agent Servicing
**PHONE (A/C, No, Ext):** 1-800-444-4487
**FAX (A/C, No):**
**E-MAIL ADDRESS:** progressivecommercial@email.progressive.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Progressive County Mutual Insurance Company | 29203 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
Mark E Rice DBA: M & S Transport
752 N MAIN ST, UNIT 1418
MANSFIELD, TX 76063

**COVERAGES**   **CERTIFICATE NUMBER:** 356549626943461608D091123T180623   **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** ☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** ☐ OCCUR **EXCESS LIAB** ☐ CLAIMS-MADE ☐ DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N / A | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | See ACORD 101 for additional coverage details. | N | N | 972215439 | 08/10/2023 | 08/10/2024 | | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**

RV DEPO
4319 N MAIN ST
CLEBURNE, TX 76033

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Mark Paul* (signature)

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)   The ACORD name and logo are registered marks of ACORD

**ACORD®**

AGENCY CUSTOMER ID: _____
LOC #: _____

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | | NAMED INSURED |
|---|---|---|
| Progressive Insurance | | Mark E Rice DBA: M & S Transport |
| **POLICY NUMBER** | | 752 N MAIN ST, UNIT 1418 |
| | | MANSFIELD, TX 76063 |
| **CARRIER** | **NAIC CODE** | |
| Progressive County Mutual Insurance Company | 29203 | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER: 25        FORM TITLE: Certificate of Liability Insurance

### Description of Location/Vehicles/Special Items

**Scheduled autos only**

2014 PETERBILT 388  1NPWD49X9ED241621

|  |  | Stated Amount | $40,000 |
|---|---|---|---|
| Comprehensive | $500 Ded | | |
| Collision | $500 Ded | | |

2014 Cottrell Trailer  5E0AA1443EG560002

|  |  | Stated Amount | $25,000 |
|---|---|---|---|
| Comprehensive | $500 Ded | | |
| Collision | $500 Ded | | |

2014 PETERBILT 388  1NPWD49X4ED241610

|  |  | Stated Amount | $32,000 |
|---|---|---|---|
| Comprehensive | $500 Ded | | |
| Collision | $500 Ded | | |

2014 COTTRELL Trailer  5E0AA1440EG540001

|  |  | Stated Amount | $16,000 |
|---|---|---|---|
| Comprehensive | $500 Ded | | |
| Collision | $500 Ded | | |

2010 PETERBILT 388  1NPWD49X6AD101679

|  |  | Stated Amount | $20,000 |
|---|---|---|---|
| Comprehensive | $500 Ded | | |
| Collision | $500 Ded | | |

2010 COTRELL Trailer  5E0AA1441AG303415

|  |  | Stated Amount | $15,000 |
|---|---|---|---|
| Comprehensive | $500 Ded | | |
| Collision | $500 Ded | | |

**Liability coverage may not apply to all scheduled vehicles.**

### Additional Information

RV Depo is the lienholder and loss payee.