# Steve Wilcox

**From:** Marcus Leinart <marcus@leinartlaw.com>
**Sent:** Monday, September 11, 2023 5:07 PM
**To:** Kim Raudry; Steve Wilcox
**Subject:** Mark Rice Declaration

See below.

**Marcus Leinart**
**Managing Attorney**



t: 469.232.3328 | Fax: 214.221.1755
e: marcus@leinartlaw.com | w: www.LeinartLaw.com
DALLAS | 10670 N Central Expwy, Suite 320 | Dallas | TX | 75231
FORT WORTH | 5601 Bridge St, Suite 400 | Fort Worth | TX | 76112

INFORMATION CONTAINED IN AND TRANSMITTED WITH THIS ELECTRONIC COMMUNICATION IS CONFIDENTIAL AND INTENDED EXCLUSIVELY FOR THE PERSON TO WHOM ADDRESSED. ANY DISCLOSURE, DISTRIBUTION, FURTHER TRANSMISSION OR USE OF THIS COMMUNICATION OR ANY INFORMATION HEREIN BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS UNAUTHORIZED AND PROHIBITED. ANYONE OTHER THAN THE INTENDED RECIPIENT OR HIS/HER AGENT WHO RECEIVES THIS COMMUNICATION IN ERROR SHOULD IMMEDIATELY DELETE, ERASE AND PERMANENTLY REMOVE IT FROM HIS/HER ELECTRONIC MAILBOX, COMPUTER DRIVES AND ALL OTHER ELECTRONIC STORAGE AREAS, DESTROY ANY PRINTED COPIES, AND NOTIFY LEINART LAW FIRM 469.232.3328. (v 1.1.1)

**From:** mark rice <ricemark39@gmail.com>
**Sent:** Monday, September 11, 2023 5:04 PM
**To:** Miguel Serrano-Urdaz <MiguelS@leinartlaw.com>
**Subject:**

I, Mark Rice, single, of legal age, and resident of Alvarado, Texas, declare under penalty of perjury that the units that serve a collateral for RV Depot are located at 8700 E US 67, Alvarado, TX 76009.